280

**No. 67152.**—Transamerican Match Corporation v. United States, protests 60/22169, etc. (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67153.**—E. W. Bruno Co., Inc., et al. v. United States, protests 60/23030, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67154.**—Morris Friedman et al. v. United States, protests 60/23903, etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67155.**—Lipman's v. United States, protest 61/5644 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ball cocks, which are constituent and integral parts of